IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
_____X
**Imam Hossain**
A208-604-156            Civil Action No. _____
**Plaintiff,**
v.
**Kristi Noem**, in her official capacity as Secretary,
U.S. Department of Homeland Security,
**Joseph B. Edlow**, in his official capacity as Director,
U.S. Citizenship and Immigration Services,
**Kash Patel**, in his official capacity as Director,
Federal Bureau of Investigation,
**Pamela Bondi**, in her official capacity as Attorney General,
U.S. Department of Justice,
**Defendants.**
_____X

## COMPLAINT FOR WRIT OF MANDAMUS AND DECLARATORY JUDGMENT

## INTRODUCTION

1. Plaintiff **Imam Hossain**, an asylee residing in Astoria, New York, brings this action to compel Defendants to perform their statutory and non-discretionary duty to adjudicate his **Form I-485, Application to Register Permanent Residence or Adjust Status** (Receipt No. **MSC2490056658**), which has been unreasonably delayed since it was properly filed on **October 4, 2023**.

2. Plaintiff was **granted asylum by an Immigration Judge** and is eligible to adjust his status to lawful permanent resident under **Section 209(b) of the Immigration and Nationality Act (INA)**. Plaintiff filed his I-485 more than

one year after receiving asylum, in accordance with the INA and USCIS regulations.

3. Plaintiff seeks a **writ of mandamus**, under 28 U.S.C. § 1361, and **relief under the Administrative Procedure Act (APA)**, 5 U.S.C. § 701 et seq., compelling Defendants to perform their legal duty to adjudicate his application.

**JURISDICTION AND VENUE**

4. This Court has jurisdiction under 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1361 (mandamus), and 5 U.S.C. §§ 702 & 706 (APA).

5. Venue is proper under 28 U.S.C. § 1391(e)(1) because Plaintiff resides within this judicial district and no real property is involved in the action.

**PARTIES**

6. **Plaintiff Imam Hossain** is a native and citizen of Bangladesh. He was granted asylum by an Immigration Judge and now resides at 3609 31st Street, 2nd Floor, Astoria, NY 11106. He filed a Form I-485 to adjust his immigration status pursuant to INA § 209(b), Receipt No. **MSC2490056658**.

7. **Defendant Kristi Noem**, sued in her official capacity, is the Secretary of the U.S. Department of Homeland Security (DHS), the agency responsible for enforcement and administration of U.S. immigration laws.

8. **Defendant Joseph B. Edlow**, sued in his official capacity, is the Director of the U.S. Citizenship and Immigration Services (USCIS), which is responsible for the adjudication of immigration applications, including I-485 applications.

9. **Defendant Kash Patel**, sued in his official capacity, is the Director of the Federal Bureau of Investigation (FBI), which performs name checks and background checks related to immigration benefit applications.

10. **Defendant Pamela Bondi**, sued in her official capacity, is the Attorney General of the United States and oversees the Department of Justice, which includes components involved in immigration and national security.

## FACTUAL BACKGROUND

11. Plaintiff was granted **asylum by an Immigration Judge** on or about September 05, 2023.

12. On **October 4, 2023**, Plaintiff properly filed **Form I-485** with USCIS seeking adjustment of status to lawful permanent resident pursuant to INA § 209(b). USCIS assigned **Receipt Number MSC2490056658**.

13. Plaintiff has satisfied all statutory and regulatory requirements for adjustment of status, including having been physically present in the United States for over one year since the grant of asylum.

14. Plaintiff's application has now been pending for over **13 months** without a decision. This exceeds the time normally required for such adjudications and constitutes an unreasonable delay under federal law.

15. Plaintiff has made good-faith inquiries with USCIS regarding the status of his application but has received no meaningful updates or indication of when the application will be adjudicated.

16. The delay in adjudicating Plaintiff's I-485 application is causing harm, including ongoing uncertainty about immigration status, restrictions on international travel, stress, and potential impediments to employment and stability.

**CLAIMS FOR RELIEF**

**COUNT I – MANDAMUS (28 U.S.C. § 1361)**

17. Plaintiff realleges the foregoing paragraphs as if fully set forth herein.

18. Defendants have a clear, non-discretionary duty to process and adjudicate Plaintiff's I-485 application within a reasonable time.

19. Defendants' failure to act constitutes an unlawful withholding of agency action subject to relief by mandamus.

**COUNT II – ADMINISTRATIVE PROCEDURE ACT (5 U.S.C. § 701 et seq.)**

20. Plaintiff realleges the foregoing paragraphs as if fully set forth herein.

21. Under the APA, agencies must conclude matters presented to them "within a reasonable time" (5 U.S.C. § 555(b)) and a reviewing court shall "compel agency action unlawfully withheld or unreasonably delayed" (5 U.S.C. § 706(1)).

22. Defendants' delay in adjudicating Plaintiff's application is unreasonable, arbitrary, capricious, and not in accordance with law.

**COUNT III – DECLARATORY JUDGMENT (28 U.S.C. § 2201)**

23. Plaintiff realleges the foregoing paragraphs as if fully set forth herein.

24. An actual controversy exists as to whether Defendants' continued delay is lawful.

25. Plaintiff is entitled to a declaration that the Defendants' delay is unreasonable and violates federal law, including the APA.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Assume jurisdiction over this action;

B. Declare that Defendants' delay in adjudicating Plaintiff's I-485 Application (Receipt No. MSC2490056658) is unlawful and unreasonable under the APA and INA;

C. Issue a writ of mandamus compelling Defendants to adjudicate Plaintiff's Form I-485 within 30 days, or such reasonable time as the Court deems just;

D. Award attorneys' fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412;

E. Grant such other and further relief as the Court may deem just and proper.

**Dated:** December 4, 2025
**Respectfully submitted,**

_____
**Meer M. Mizanur Rahman, Esq.**
Attorney for Plaintiff
Law Office of Meer M. Mizanur Rahman
305 Broadway, Suite 610
New York, NY 10007
Tel: (212) 732-2220
Email: meerlaw@gmail.com
**Attorney for Plaintiff Imam Hossain**

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | October 19, 2023 |
| **CASE TYPE** | **USCIS ALIEN NUMBER** |
| I-485, Application to Register Permanent Residence or Adjust Status | A208604156 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| MSC2490056658 | October 04, 2023 | 1 of 1 |
| **PRIORITY DATE** | **PREFERENCE CLASSIFICATION** | **DATE OF BIRTH** |
|  | Asylum status | February 20, 1996 |

IMAM HOSSAN
C/O MEER M M RAHMAN
305 BROADWAY STE 610
NEW YORK, NY 10007

2  00000164

**PAYMENT INFORMATION:**

Application/Petition Fee: $1,140.00
Biometrics Fee: $85.00
Total Amount Received: $1,225.00
Total Balance Due: $0.00

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**
USCIS
National Benefits Center
Attention: I-485 Refugee/Asylum
7600B West 119th Street
Overland Park, KS 66213

**USCIS Contact Center Number:**
1-800-375-5283




If this is an interview or biometrics appointment notice, please see the back of this notice for important information.  Form I-797C   10/13/21

IMMIGRATION COURT
26 FEDERAL PLZ, 12TH FL RM1237
NEW YORK, NY 10278

In the Matter of
HOSSAN, Imam

Case No.: A208-604-156

Respondent

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on __9/5/2023__.
This memorandum is solely for the convenience of the parties. If the proceedings should be appealed or reopened, the oral decision will become the official opinion in the case.

[ ]  The respondent was ordered removed from the United States to _____ or in the alternative to .
[ ]  Respondent's application for voluntary departure was denied and respondent was ordered removed to _____ or in the alternative to .
[ ]  Respondent's application for voluntary departure was granted until upon posting a bond in the amount of $ _____ with an alternate order of removal to _____.

Respondent's application for:
[X] Asylum was (X) granted ( ) denied ( ) withdrawn.
[X] Withholding of removal was ( ) granted ( ) denied ( ) withdrawn. **NOT REACHED**
[ ] A Waiver under Section ____ was ( ) granted ( ) denied ( ) withdrawn.
[ ] Cancellation of removal under section 240A(a) was ( ) granted ( ) denied ( ) withdrawn.

Respondent's application for:
[ ] Cancellation under section 240A(b)(1) was ( ) granted ( ) denied ( ) withdrawn. If granted, it is ordered that the respondent be issued all appropriate documents necessary to give effect to this order.
[ ] Cancellation under section 240A(b)(2) was ( ) granted ( ) denied ( ) withdrawn. If granted it is ordered that the respondent be issued all appropriated documents necessary to give effect to this order.
[ ] Adjustment of Status under Section ____ was ( ) granted ( ) denied ( ) withdrawn. If granted it is ordered that the respondent be issued all appropriated documents necessary to give effect to this order.
[X] Respondent's application of (X) withholding of removal (X) deferral of removal under Article III of the Convention Against Torture was ( ) granted ( ) denied ( ) withdrawn. **NOT REACHED**
[ ] Respondent's status was rescinded under section 246.
[ ] Respondent is admitted to the United States as a ____ until ____.
[ ] As a condition of admission, respondent is to post a $ _____ bond.
[ ] Respondent knowingly filed a frivolous asylum application after proper notice.
[ ] Respondent was advised of the limitation on discretionary relief for failure to appear as ordered in the Immigration Judge's oral decision.
[ ] Proceedings were terminated.
[ ] Other: _____

Date: __9/5/2023__

Kyle A. Dandelet
Immigration Judge

Appeal: [Waived] / Reserved    Appeal Due By: _____

ALIEN NUMBER: A208-604-156                NAME: HOSSAN, Imam

---
CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY: E-MAIL (M)    PERSONAL SERVICE (P)
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [M] ALIEN's ATT/REP  [M] DHS
DATE: 9/5/2023        BY: COURT STAFF  KD
    Attachments: [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other
---

Q6